**No. 10-7388. Harold S. Dykes, Petitioner v. Brian Murphy, et al.**

562 U.S. 1115, 131 S. Ct. 838, 178 L. Ed. 2d 569, 2010 U.S. LEXIS 9759.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-7399. Lamont Antwon Sanders, Petitioner v. United States.**

562 U.S. 1115, 131 S. Ct. 838, 178 L. Ed. 2d 569, 2010 U.S. LEXIS 9779.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 378 Fed. Appx. 368.

**No. 10-7401. Andrew Johnson, Jr., Petitioner v. United States.**

562 U.S. 1115, 131 S. Ct. 850, 178 L. Ed. 2d 569, 2010 U.S. LEXIS 9703.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 391 Fed. Appx. 233.

**No. 10-7403. John E. Lopez, Petitioner v. Carl Zenon, Warden, et al.**

562 U.S. 1115, 131 S. Ct. 850, 178 L. Ed. 2d 569, 2010 U.S. LEXIS 9744.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 390 Fed. Appx. 786.

**No. 10-7406. Shemtov Michtavi, Petitioner v. United States.**

562 U.S. 1115, 131 S. Ct. 838, 178 L. Ed. 2d 569, 2010 U.S. LEXIS 9823.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 390 Fed. Appx. 852.

**No. 10-7408. Patrick Duray Portley-El, Petitioner v. Hoyt Brill, Warden, et al.**

562 U.S. 1115, 131 S. Ct. 838, 178 L. Ed. 2d 569, 2010 U.S. LEXIS 9780.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 380 Fed. Appx. 744.

**No. 10-7411. Antedious Stowe, Petitioner v. United States.**

562 U.S. 1116, 131 S. Ct. 838, 178 L. Ed. 2d 569, 2010 U.S. LEXIS 9728.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 383 Fed. Appx. 277.